

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00169-CV

| | | |
|---|---|---|
| WOODLAND NURSING OPERATIONS, LLC F/D/B/A EASTLAND NURSING & REHABILITATION AND TRINITY HEALTHCARE, LLC, Appellants | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-314075-19) |
| v. | § | December 8, 2022 |
| MISTY VAUGHN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF THOMAS VAUGHN, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants Woodland Nursing Operations, LLC f/d/b/a Eastland Nursing & Rehabilitation and Trinity Healthcare, LLC shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel